Filing # 45637309 E-Filed 08/24/2016 03:10:03 PM

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

MARIA E. OQUENDO,

    Plaintiff,

vs.

CASE NO.: 16-CA-0073

DIVISION: **B**

UNIVERSITY MALL SOHO OWNER, LLC and
UNIVERSITY MALL PORTWOOD OWNER, LLC and
UNIVERSITY MALL TIC OWNER, LLC,

    Defendants.
_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, MARIA E. OQUENDO, by and through the undersigned counsel, and sues Defendants, UNIVERSITY MALL SOHO OWNER, LLC, UNIVERSITY MALL PORTWOOD OWNER, LLC, and UNIVERSITY MALL TIC OWNER, LLC , and states:

### GENERAL ALLEGATIONS

1. This is an action for damages that exceeds Fifteen Thousand dollars ($15,000.00), exclusive of interest and costs.

2. At all times material hereto, Plaintiff, MARIA E. OQUENDO, was and is a resident of Hillsborough County, Florida.

3. At all times material hereto, Defendant, UNIVERSITY MALL SOHO OWNER, LLC, was and is a foreign corporation authorized to do business in HILLSBOROUGH County, Florida, exercising corporate authority over the premises at University Mall, 2200 East Fowler Avenue, Tampa, Florida and charged with the



Law Offices of Lorenzo and Lorenzo, P.A. - 4601 N. Armenia Avenue, Tampa, FL. 33603
Mail@LorenzoandLorenzo.com

        duty of keeping them in a condition reasonably safe and fit for customer travel.

4. At all times material hereto, Defendant, UNIVERSITY MALL PORTWOOD OWNER, LLC, was and is a foreign corporation authorized to do business in HILLSBOROUGH County, Florida, exercising corporate authority over the premises at University Mall, 2200 East Fowler Avenue, Tampa, Florida and charged with the duty of keeping them in a condition reasonably safe and fit for customer travel.

5. At all times material hereto, Defendant, UNIVERSITY MALL TIC OWNER, LLC, was and is a foreign corporation authorized to do business in HILLSBOROUGH County, Florida, exercising corporate authority over the premises at University Mall, 2200 East Fowler Avenue, Tampa, Florida and charged with the duty of keeping them in a condition reasonably safe and fit for customer travel.

6. On or about December 13, 2014, Plaintiff, MARIA E. OQUENDO, was a business invitee of UNIVERSITY MALL SOHO OWNER, LLC, UNIVERSITY MALL PORTWOOD OWNER, LLC, and UNIVERSITY MALL TIC OWNER, LLC at University Mall, 2200 East Fowler Avenue, Tampa, Florida.

7. At that time and place, Plaintiff, MARIA E. OQUENDO, was walking on the Defendants' premises at University Mall, 2200 East Fowler Avenue, Tampa, Florida, exiting Burlington Coat Factory into the mall, when she slipped as a result of a foreign substance. Plaintiff, MARIA E. OQUENDO sustained injuries as a result of the fall.

## COUNT I - CLAIM AGAINST DEFENDANT
## UNIVERSITY MALL SOHO OWNER, LLC

8. Plaintiff re-alleges and incorporates paragraphs 1 through 7 as though fully set forth at length herein.

9. At all times material hereto, Defendant UNIVERSITY MALL SOHO OWNER, LLC, negligently maintained the floor of the above-described property by allowing spills to accumulate on the floor for long periods of time, by failing to regularly inspect the premises for such spills and to clean such spills from the floor.

10. Defendant, UNIVERSITY MALL SOHO OWNER, LLC, was guilty of one or more of the following negligent acts and omissions:

   A. Failing to maintain the premises in reasonable condition, so as to be reasonably safe and convenient for customer ingress, passage, and exit;

   B. Permitting unsafe conditions to exist, although they knew, or in the exercise of reasonable diligence should have known, that such unsafe conditions would create a hazard to its patrons entering, exiting or moving about the premises;

   C. Did not warn of a known or impliedly known dangerous condition.

   D. Negligently failing to place warning signs or barricades, cones, or other reasonable warning to warn Plaintiff or the general public of the risk or existence of the unsafe area.

   E. Negligently failing to inspect their premises on a regular basis, which said inspection would have revealed the unsafe condition; and/or

   F. Negligently failing to maintain safe pathways or to prevent access to any area which would otherwise avoid or warn of the unsafe

condition.

11. As a direct and proximate result, of Defendants, UNIVERSITY MALL SOHO OWNER, LLC's, negligence, Plaintiff, MARIA E. OQUENDO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and/or nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent in nature or continuing and the Plaintiff will suffer the losses in the future. The injury consists in whole or in part of significant and permanent loss of an important bodily function, and a permanent injury within a reasonable degree of medical probability, and/or significant permanent scarring or disfigurement.

**WHEREFORE**, the Plaintiff, MARIA E. OQUENDO, sues the Defendant, UNIVERSITY MALL SOHO OWNER, LLC, for damages and demands a trial by jury of all issues triable as a matter of right.

### COUNT II - CLAIM AGAINST DEFENDANT UNIVERSITY MALL PORTWOOD OWNER, LLC

12. Plaintiff re-alleges and incorporates paragraphs 1 through 7 as though fully set forth at length herein.

13. At all times material hereto, Defendant UNIVERSITY MALL PORTWOOD OWNER, LLC, negligently maintained the floor of the above-described property by allowing spills to accumulate on the floor for long periods of time, by failing to regularly inspect the premises for such spills and to clean such spills from the floor.

14. Defendant, UNIVERSITY MALL PORTWOOD OWNER, LLC, was guilty of one or more of the following negligent acts and omissions:

   A. Failing to maintain the premises in reasonable condition, so as to be reasonably safe and convenient for customer ingress, passage, and exit;

   B. Permitting unsafe conditions to exist, although they knew, or in the exercise of reasonable diligence should have known, that such unsafe conditions would create a hazard to its patrons entering, exiting or moving about the premises;

   C. Did not warn of a known or impliedly known dangerous condition.

   D. Negligently failing to place warning signs or barricades, cones, or other reasonable warning to warn Plaintiff or the general public of the risk or existence of the unsafe area.

   E. Negligently failing to inspect their premises on a regular basis, which said inspection would have revealed the unsafe condition; and/or

   F. Negligently failing to maintain safe pathways or to prevent access to any area which would otherwise avoid or warn of the unsafe condition.

15. As a direct and proximate result, of Defendants, UNIVERSITY MALL PORTWOOD OWNER, LLC 's, negligence, Plaintiff, MARIA E. OQUENDO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss

of capacity for the enjoyment of life, expense of hospitalization, medical and/or nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent in nature or continuing and the Plaintiff will suffer the losses in the future. The injury consists in whole or in part of significant and permanent loss of an important bodily function, and a permanent injury within a reasonable degree of medical probability, and/or significant permanent scarring or disfigurement.

**WHEREFORE**, the Plaintiff, MARIA E. OQUENDO, sues the Defendant, UNIVERSITY MALL PORTWOOD OWNER, LLC, for damages and demands a trial by jury of all issues triable as a matter of right.

### COUNT III - CLAIM AGAINST DEFENDANT UNIVERSITY MALL TIC OWNER, LLC

16. Plaintiff re-alleges and incorporates paragraphs 1 through 7 as though fully set forth at length herein.

17. At all times material hereto, Defendant UNIVERSITY MALL TIC OWNER, LLC, negligently maintained the floor of the above-described property by allowing spills to accumulate on the floor for long periods of time, by failing to regularly inspect the premises for such spills and to clean such spills from the floor.   18.   Defendant, UNIVERSITY

MALL TIC OWNER, LLC, was guilty of one or more of the following negligent acts and omissions:

A. Failing to maintain the premises in reasonable condition, so as to be reasonably safe and convenient for customer ingress, passage, and exit;

B. Permitting unsafe conditions to exist, although they knew, or in the

    exercise of reasonable diligence should have known, that such unsafe conditions would create a hazard to its patrons entering, exiting or moving about the premises;

  C. Did not warn of a known or impliedly known dangerous condition.

  D. Negligently failing to place warning signs or barricades, cones, or other reasonable warning to warn Plaintiff or the general public of the risk or existence of the unsafe area.

  E. Negligently failing to inspect their premises on a regular basis, which said inspection would have revealed the unsafe condition; and/or

  F. Negligently failing to maintain safe pathways or to prevent access to any area which would otherwise avoid or warn of the unsafe condition.

19. As a direct and proximate result, of Defendants, UNIVERSITY MALL TIC OWNER, LLC 's, negligence, Plaintiff, MARIA E. OQUENDO, suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and/or nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent in nature or continuing and the Plaintiff will suffer the losses in the future. The injury consists in whole or in part of significant and permanent loss of an important bodily function, and a permanent injury within a reasonable degree of medical probability, and/or significant permanent scarring or disfigurement.

**WHEREFORE**, the Plaintiff, MARIA E. OQUENDO, sues the Defendant, UNIVERSITY MALL TIC OWNER, LLC, for damages and demands a trial by jury of all issues triable as a matter of right.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable by right of jury.

Respectfully Submitted,

*LORENZO & LORENZO, P.A.*

_____
GEORGE A. LORENZO, ESQ.
Florida Bar No. 849596
LETICIA L. VALDES , ESQ.
Florida Bar No. 0962120
4601 N. Armenia Avenue
Tampa, Florida 33603
TEL: (813) 998-9529
FAX: (813) 998-9329
Mail@LorenzoandLorenzo.com
Attorney for Plaintiff